UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20089-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

CECIL DELOACH,
_____/

## ORDER CONTINUING TRIAL DATE

This matter came before the Court on March 26, 2008 for Calendar Call. Defendant moved *ore tenus* for a 30-day continuance. The Court having considered the Motion, representations of the parties, and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The trial of this matter is continued to the two-week period beginning **April 28, 2008, at 10:00 a.m.** The Calendar Call is continued to **April 23, 2008, at 1:15 p.m.** It is further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C, §3161(h)(8)(A). This Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial

DONE AND ORDERED in Miami, Florida, this 28 day of March, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record