UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20089-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

CECIL DELOACH,
_____/

## JUDGMENT OF ACQUITTAL

THIS MATTER having come before the Court for Criminal Jury Trial and the jury having returned a unanimous verdict of not guilty as to each of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 13 of the above-entitled Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, Cecil Deloach, is hereby **ACQUITTED** as to each of Counts 1 through 13 of the above-entitled Indictment.

**DONE AND ORDERED**, in Miami, Florida, this 9th day of June, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:  Counsel of record
     U.S. Marshals Service
     U.S. Probation Office
     Pre-Trial Services